FILED
United States Court of Appeals
Tenth Circuit

March 16, 2017

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

STATE OF WYOMING, et al.,

     Petitioners - Appellees,

v.

     No. 16-8068

SALLY JEWELL, Secretary, United States
Department of the Interior, et al.,

     Respondents - Appellants.

------------------------------

STATE OF NORTH DAKOTA, et al.,

     Intervenors - Appellees,

SIERRA CLUB, et al.,

     Intervenors,

STATE OF UTAH,

     Intervenor - Appellee,

UNITED STATES CHAMBER OF
COMMERCE, et al.,

     Amici Curiae.

_____

STATE OF WYOMING, et al.,

     Petitioners - Appellees,

and

STATE OF NORTH DAKOTA, et al.,

     Intervenors Petitioners - Appellees,

v.

SIERRA CLUB, et al.,

     Intervenors Respondents -
Appellants,

and

UNITED STATES DEPARTMENT OF
THE INTERIOR, et al.,

     Respondents, and

INTERESTED PUBLIC LANDS,
NATURAL RESOURCES, ENERGY, and
ADMINISTRATIVE LAW
PROFESSORS, UNITED STATES
CHAMBER OF COMMERCE,

     Amicus Curiae.

No. 16-8069

_____

**ORDER**
_____

Before **BRISCOE**, **HARTZ**, and **HOLMES**, Circuit Judges.
_____

These matters are before the court on the Federal Appellants' *Motion to Continue Argument and Hold Case in Abeyance Pending Administrative Action*. We also have the Intervenor-Respondent-Appellants' response in opposition.

Upon consideration, the Federal Appellants' motion is granted in part and denied in part. The oral argument hearing currently scheduled for these appeals on March 22, 2017 shall be continued. The current hearing is therefore VACATED, and all counsel are excused from attendance.

The parties are also advised that a supplemental briefing order shall be forthcoming, and that oral argument will be rescheduled upon the completion of that briefing.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk